# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **BEVERLY SPANN** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: 1:20-cv-01483-RLY-MJD |
| ) | |
| **CAREGIVERS 2, INC.,** ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

The Court, having considered the *Stipulation of Dismissal With Prejudice* filed by the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties responsible for their own attorneys' fees and costs.

Dated:   1/06/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record